HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FERNANDO PEREZ-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-cr-132 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| FERNANDO PEREZ-HERNANDEZ, | Date: September 3, 2015 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Matthew C. Bockmon, attorney for Fernando Perez-Hernandez, that the status conference scheduled for September 3, 2015 be vacated and continued to September 10, 2015 at 9:00 a.m.

The reasons for the continuance are because defense counsel requires additional time to meet and confer with his client regarding the proposed plea agreement and to conduct further defense investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including September 10, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order                    -1-

1 Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 1, 2015             Respectfully submitted,

                                                             HEATHER E. WILLIAMS
                                                           Federal Defender

                                                           */s/ Matthew C. Bockmon*
                                                           MATTHEW C. BOCKMON
                                                           Assistant Federal Defender
                                                           Attorney for
                                                           FERNANDO PEREZ-HERNANDEZ

DATED: September 1, 2015             BENJAMIN WAGNER
                                                           United States Attorney

                                                           */s/ Katherine Lydon*
                                                           KATHERINE LYDON
                                                           Assistant U.S. Attorney
                                                           Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial. The Court orders the time from the date the parties stipulated, up to and including September 10, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 3, 2015 status conference shall be continued until September 10, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT