BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2722

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>FERNANDO PEREZ-HERNANDEZ,<br><br>               Defendant. | CASE NO.  2:15-CR-132 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: October 1, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on October 1, 2015.

2.     By this stipulation, the defendant now moves to continue the status conference until November 12, 2015, and to exclude time between October 1, 2015, and November 12, 2015, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes 145 pages of discovery, primarily taken from the defendant's immigration file.  This discovery has been produced to counsel for the defendant.

b)     Counsel for the defendant desires additional time to review such discovery and confer with his client.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, consideration of potential resolutions, and consultation with his client, taking into account the exercise of due diligence.

d)      The government does not object to and joins the request for the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 1, 2015 to November 12, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1       4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4       IT IS SO STIPULATED.

5

6   Dated:  September 29, 2015                BENJAMIN B. WAGNER
                            United States Attorney

7

8                               /s/ *Katherine T. Lydon*
                            KATHERINE T. LYDON
                            Assistant United States Attorney

9

10

11  Dated:  September 29, 2015                */s/ Katherine T. Lydon for Erick
                            Guzman with permission*

12                              ERICK GUZMAN

13                              Counsel for Defendant
                            FERNANDO PEREZ-

14                              HERNANDEZ

15

16

17                          **ORDER**

18      IT IS SO ORDERED.

19  Dated:  September 30, 2015

20

21                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
                            UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28