BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2722

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO PEREZ-HERNANDEZ,<br><br>Defendant. | CASE NO.  2:15-CR-132 MCE<br><br>STIPULATION AND ORDER TO CONTINUE MOTION BRIEFING SCHEDULE AND EXCLUDE TIME<br><br>DATE: January 28, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and agree that the motion to dismiss be continued from January 28, 2016 at 9:00 a.m. to February 11, 2016 at 9:00 a.m., and that the briefing schedule be set as follows:

Motion due: December 31, 2015

Opposition due:  January 21, 2016

Reply due: January 28, 2016

Based upon the foregoing, as well as defense counsel's need to review tapes of his client's immigration proceedings and otherwise prepare, the parties agree and stipulate, and request that the Court find and order, that the time from the date of this order up to and including February 11, 2016, is excluded from the computation of time within which this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E (delay resulting from a pretrial

motion) and 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 (reasonable time to prepare).  The parties agree and request the Court specifically find that the ends of justice served by granting the requested briefing schedule and continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  December 18, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ *Katherine T. Lydon*
KATHERINE T. LYDON
Assistant United States Attorney

Dated:  December 18, 2015

/s/ *Katherine T. Lydon for Erick Guzman with permission*

ERICK GUZMAN
Counsel for Defendant
FERNANDO PEREZ-HERNANDEZ

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court orders that the time from the date of this order up to and including February 11, 2016 is excluded from the computation of time within which this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E (delay resulting from a pretrial motion), and 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 (reasonable time to prepare). The Court specifically finds that the ends of justice served by granting the requested briefing schedule and continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court further orders that the motion hearing be set for February 11, 2016 at 9:00 in the morning. The proposed briefing schedule is adopted.

IT IS SO ORDERED.

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT