BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2722

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FERNANDO PEREZ-HERNANDEZ,<br><br>    Defendant. | CASE NO. 2:15-CR-132 MCE<br><br>STIPULATION AND ORDER TO CONTINUE MOTION BRIEFING SCHEDULE AND EXCLUDE TIME<br><br>DATE: February 11, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and agree that the motion to dismiss be continued from February 11, 2016 at 9:00 a.m. to February 25, 2016 at 9:00 a.m., and that the remaining briefing schedule be set as follows:

    Opposition due: February 4, 2016

    Reply due: February 11, 2016

Based upon the foregoing, as well as both counsels' needs to review the just-received enhanced version of the audio tape of the defendant's immigration proceedings and otherwise prepare, the parties agree and stipulate, and request that the Court find and order, that the time from the date of this order up to and including February 25, 2016, is excluded from the computation of time within which this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code

1 | E (delay resulting from a pretrial motion) and 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 (reasonable
2 | time to prepare).  The parties agree and request the Court specifically find that the ends of justice served
3 | by granting the requested briefing schedule and continuance outweigh the best interests of the public and
4 | the defendant in a speedy trial.
5 |         IT IS SO STIPULATED.

Dated:  January 25, 2016                              BENJAMIN B. WAGNER
                                                      United States Attorney


                                                      /s/ *Katherine T. Lydon*
                                                      KATHERINE T. LYDON
                                                      Assistant United States Attorney


Dated:  January 25, 2016                              */s/ Katherine T. Lydon for Erick
                                                      Guzman with permission*

                                                      ERICK GUZMAN
                                                      Counsel for Defendant
                                                      FERNANDO PEREZ-
                                                      HERNANDEZ

STIPULATION REGARDING EXCLUDABLE TIME           2
PERIODS UNDER SPEEDY TRIAL ACT

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts that stipulation in its entirety as its order.  The Court orders that the time from the date of this order up to and including February 25, 2016 is excluded from the computation of time within which this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E (delay resulting from a pretrial motion), and 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 (reasonable time to prepare).  The Court specifically finds that the ends of justice served by granting the requested briefing schedule and continuance outweigh the best interests of the public and the defendant in a speedy trial.  The Court further orders that the motion hearing be set for February 25, 2016 at 9:00 in the morning. The proposed briefing schedule is adopted.

    IT IS SO ORDERED.

Dated:  January 25, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT