BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2722

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-132 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| FERNANDO PEREZ-HERNANDEZ, | DATE: March 17, 2016 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for change of plea on March 17, 2016.

2.  By this stipulation, the defendant now moves to continue the change of plea hearing until March 24, 2016, and to exclude time between March 17, 2016, and March 24, 2016, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  After briefing and argument, the defendant's motion to dismiss the indictment was denied on February 25, 2016. The matter has been set for change of plea.

    b)  Counsel for the defendant desires additional time to confer with his client and prepare for the change of plea.

    c)  Counsel for the defendant believes that failure to grant the above-requested

1  continuance would deny him the reasonable time necessary for effective preparation,
2  consideration of potential resolutions, and consultation with his client, taking into account the
3  exercise of due diligence.
4       d)   The government does not object to and joins the request for the continuance.
5       e)   Based on the above-stated findings, the ends of justice served by continuing the
6  case as requested outweigh the interest of the public and the defendant in a trial within the
7  original date prescribed by the Speedy Trial Act.
8       f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
9  et seq., within which trial must commence, the time period of March 17, 2016 to March 24,
10 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
11 T4] because it results from a continuance granted by the Court at defendant's request on the basis
12 of the Court's finding that the ends of justice served by taking such action outweigh the best
13 interest of the public and the defendant in a speedy trial.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION AND ORDER     2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 15, 2016          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ *Katherine T. Lydon*
                               KATHERINE T. LYDON
                               Assistant United States Attorney

Dated: March 15, 2016          /s/ *Katherine T. Lydon for Erick Guzman with permission*

                               ERICK GUZMAN
                               Counsel for Defendant
                               FERNANDO PEREZ-HERNANDEZ

**ORDER**

IT IS SO ORDERED.

Dated: March 16, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT