BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2722

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>        v.<br><br>FERNANDO PEREZ-HERNANDEZ,<br><br>                       Defendant. | CASE NO.  2:15-CR-132 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 24, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for change of plea on March 24, 2016.

2.     By this stipulation, the defendant now moves to continue the change of plea hearing until March 31, 2016, and to exclude time between March 24, 2016, and March 31, 2016, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     After briefing and argument, the defendant's motion to dismiss the indictment was denied on February 25, 2016.  The matter has been set for change of plea.

b)     Counsel for the defendant desires additional time to confer with his client and prepare for the change of plea.

c)     Counsel for the defendant believes that failure to grant the above-requested

continuance would deny him the reasonable time necessary for effective preparation, consideration of potential resolutions, and consultation with his client, taking into account the exercise of due diligence.

        d)     The government does not object to and joins the request for the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 24, 2016 to March 31, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4        IT IS SO STIPULATED.

5

6 Dated:  March 22, 2016                BENJAMIN B. WAGNER
                                  United States Attorney

7

8                              /s/ *Katherine T. Lydon*
                                  KATHERINE T. LYDON

9                                  Assistant United States Attorney

10

11 Dated:  March 22, 2016                */s/ Katherine T. Lydon for Erick
                                  Guzman with permission*

12                                  ERICK GUZMAN

13                                  Counsel for Defendant
                                  FERNANDO PEREZ-

14                                  HERNANDEZ

15                              **ORDER**

16

17        IT IS SO ORDERED.

18 Dated:  March 29, 2016

19

20                         MORRISON C. ENGLAND, JR., CHIEF JUDGE
                         UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28