LAW OFFICES OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4^(TH) St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorneys for Defendant
**FERNANDO PEREZ**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15CR0132-MCE |
| Plaintiff, | *EX PARTE* APPLICATION FOR APPOINTMENT OF COUNSE; AND APPLICATION TO PROCEED IN FORMA PAUPERIS; AND DECLARATION IN SUPPORT |
| v. | |
| FERNANDO PEREZ, | |
| Defendant. | |

**APPLICATION FOR APPOINTMENT OF COUNSEL AND
TO PROCEED IN FORMA PAUPERIS**

On July 29, 2015, this Court appointed the Federal Public Defender's Office to represent Mr. Perez. Later, Mr. Perez's family and friends retained undersigned counsel to represent Mr. Perez at the district court level. Mr. Perez entered a conditional guilty plea, and wished to exercise the appellate right he preserved as part of that negotiation. Mr. Perez is indigent, and cannot afford to hire appellate counsel, nor can he afford to pay the filing fee.

Case No. 15CR0132-MCE

DATED:  July 12, 2016                    Respectfully submitted,


                                         By   /s/ *Erick Guzman*
                                         _____
                                         Erick L. Guzman
                                         Attorney for Mr. Perez


**DECLARATION OF COUNSEL**

I, ERICK GUZMAN, declare the following:

   1.  I am an attorney licensed to practice law in the state of California and admitted to practice before this Court. Except where otherwise expressly noted, I state the following on personal knowledge, and if called as a witness, could testify competently thereto.

   2.  I am the attorney of record in this case.

   3.  The defendant in this case is indigent. He has zero assets, and no ability to hire appellate counsel or to pay the appellate filing fee.


   I declare under penalty of perjury of the laws of the United States that the forgoing is true and correct.  Signed this 8th day of July, 2016 in Santa Rosa, California.


   /s/ *Erick Guzman*
   Erick L. Guzman
   Declarant

ORDER

For good cause shown, the Court ORDERS that defendant Mr. Perez be appointed appellate counsel. This Court further orders that Mr. Perez be allowed to appear in *forma pauperis*.

IT IS SO ORDERED.

**Dated:  July 12, 2016**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE